**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: PETITION OF THE BOARD OF SCHOOL DIRECTORS OF THE HATBORO-HORSHAM SCHOOL DISTRICT FOR THE SALE OF REAL PROPERTY | : : : : : : | No. 115 MAL 2024<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: PEGGY AMBLER AND JOHN AMBLER | : : : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.